**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                              Case No: 3:00CR33-001/RV

**MICHAEL STEPHEN JOHNSON**
_____ /

### ORDER CONTINUING AND MODIFYING SUPERVISION

THIS MATTER CAME on to be heard on August 22, 2007; there appearing Assistant U.S. Attorney Randall Hensel; and the defendant, Michael Stephen Johnson; appearing in person with counsel, Assistant Federal Public Defender Robert Dennis.  The defendant pled guilty as charged as to Violation Numbers 2 and 3, of the Petition for Warrant or Summons for Offender Under Supervision dated July 27, 2007. After receiving testimony and considering the statements of all parties and the information contained in the violation report, the Court did find the defendant in violation of his supervised release as to Violation Numbers 2 and 3. The Court orders Violation Number 1 be held in abeyance.  The Court orders that he be continued on supervision under the original requirements with the addition of the following special condition of supervision:

"The defendant shall reside at the Pensacola Community Service Center (halfway house) located at 225 East Brent Lane, Pensacola, Florida 32503, and remain there except as authorized by the facility for six (6) months.  The defendant shall be placed in the Corrections

Component (most restrictive conditions) of the center.  It is further ordered that the defendant be designated to this facility as soon as possible and that he remain in the custody of the U.S. Marshals Service until which time he can be designated to report in person to the halfway house.

In all other respects, the previous judgment remains in full force and effect."

DONE AND ORDERED, this 22nd day of August, 2007.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE